UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO: 4:20-CV-62-FL

LENTON C. BROWN, )
)
Plaintiff, ) **EMERGENCY MOTION**
) **TO PERMANENTLY STOP**
) **CERTIFICATION OF ELECTION**
) **RESULTS IN U.S. HOUSE OF**
) **REPRESENTATIVES-DISTRICT 12**

NORTH CAROLINA STATE BOARD OF ELECTIONS
LENOIRCOUNTY BOARD OF ELECTIONS
AMANDA EUBANKS
DAQUAN

Defendant.

5. **The Case Issue is: (1). whether a candidate who failed to meet the minimum requirements to be in the race which is payment of the required entrance fee on or before December 20, 2019 at 12:00 p.m. should be certified as the winner, (2). whether election results which the data clearly shows were tampered with or falsified in violation of the Fifth Amendment Due Process Clause, the Fourteenth Equal Protection Clause should be certified, and (3). whether a candidate who prevailed in a rigged election can be certified in Violation of Article 1, Section 2 of the U.S. Constitution.** Article I, Section 2, specifies that the House of Representatives be composed of members who are chosen every two years by the people of the states. The evidence will show alleged corruption on the part of Candidate Virginia Cox-Daugherty in that she allegedly conspired with Amanda Eubanks to rig the election, and allegedly took monies that exceeded $1,000 without reporting the contributions in the required 48 hour period. Also at issue was whether the Local Board of Local Elections serve as a neutral body or was employee Amy the eyes and ears of the Chris Humphrey campaign.

Also, at issue is the Lenoir County Board of Elections role in perpetrating this

ELECTION DAY/PRIMARY FRAUD/HOAX ON THE CITIZENS OF U.S. HOUSE OF

REPRESENTATIVES DISTRICT 12 AND THEIR ABJECT FAILURE TO MAINTAIN THE

SECURITY OF THEIR VOTING MACHINES AND THE INTEGRETY OUR VOTING PROCESS.

Nothing points to the N.C. House of Representatives District 12 being rigged more than the results of Pitt County District 0601. This is one of the largest districts in Pitt County with 4,617 registered voters. During the election there were over 1,450 ballots cast. The State of North Carolina's official election results which they are desperate trying to certify shows the following:

# Contributions from Individuals

Pg __1__ of __1__     Amendment  ☒ Yes  ☐ No

Use this form to report individual contributions over $50 or contributions under $50 if form CRO 1205 is not used

| 1. Committee's Full Name | 2. ID Number |
|---|---|
| COMMITTEE TO ELECT VIRGINIA COX-DAUGHERTY | STA-4W3K15-C-001 |

| a. Full Name, Mailing Address & Phone (include city, state, & zip) | b. Job Title/Profession | d. Comments |
|---|---|---|
| VIRGINIA COX-DAUGHERTY<br>404 DUGGINS DRIVE<br>KINSTON, NC 28501<br>(252) 939-1082 | RETIRED<br><br>e. Employer's Name/Specific Field<br>RETIRED | |
| | | e. Election Sum to Date<br>$ 1,000.00 |

| f. Prior | g. Account Code | h. Form of Payment | i. In-Kind Description | j. Date (mm/dd/yyyy) | k. Amount |
|---|---|---|---|---|---|
| ☐ | | In-Kind | CANDIDATE FILING FEE | 12/24/2019 | $ 140.00 |
| ☐ | | | | | $ |
| ☐ | | | | | $ |
| 3. Subtotal this Page | | | | | $ 140.00 |
| 4. Total of ALL CRO-1210 Pages | | | | | $ 140.00 |

CRO-1210          NC State Board of Elections          April 2007

Case 4:20-cv-00062-FL   Document 1-3   Filed 04/10/20   Page 2 of 5

**In District 0601, 1450 ballots were actually cast without any candidate receiving a single vote.**

### Results by Voting Method for 0601

| Choice | Total Votes | Percent | Election Day | Absentee One-Stop | Absentee By-Mail | Provisional |
|---|---|---|---|---|---|---|
| Deonko Brewer | 0 | 0.00% | 0 | 0 | 0 | 0 |
| Lenton Credelle Brown | 0 | 0.00% | 0 | 0 | 0 | 0 |
| Virginia Cox-Daugherty | 0 | 0.00% | 0 | 0 | 0 | 0 |

In Precinct 0200A, Virginia Cox Daugherty received 138 votes.
In Precinct 0200B, Deonko Brewer received 138 votes.

See Results by Voting Method for 0200A & 0200B

It is statistically improbable that one candidate would receive 138 votes in Ayden A and the other candidate would receive 138 votes in Ayden B.

**All the vote totals are extremely low and do not mirror the total of ballots cast in the voting which was near historic levels and exceeded the voting in 2018**

### Results by Voting Method for 0200A

| Choice | Total Votes | Percent | Election Day | Absentee One-Stop | Absentee By-Mail | Provisional |
|---|---|---|---|---|---|---|
| Virginia Cox-Daugherty | 138 | 50.36% | 138 | 0 | 0 | 0 |
| Deonko Brewer | 80 | 29.20% | 80 | 0 | 0 | 0 |
| Lenton Credelle Brown | 56 | 20.44% | 56 | 0 | 0 | 0 |

**There were 906 ballots cast in 0200A.**

### Results by Voting Method for 0200B

| Choice | Total Votes | Percent | Election Day | Absentee One-Stop | Absentee By-Mail | Provisional |
|---|---|---|---|---|---|---|
| Deonko Brewer | 138 | 46.00% | 138 | 0 | 0 | 0 |
| Virginia Cox-Daugherty | 116 | 38.67% | 116 | 0 | 0 | 0 |
| Lenton Credelle Brown | 46 | 15.33% | 46 | 0 | 0 | 0 |

**In Percent 0200B, there were 711 ballots cast.**

In contrast in Precinct 1001, only 408 votes were cast. Yet the candidates received a combined total of 314 votes out of the 408. **Remember 1450 votes cast in Precinct 0601 without a singe candidate receiving a single vote.**

### Results by Voting Method for 1001

| Choice | Total Votes | Percent | Election Day | Absentee One-Stop | Absentee By-Mail | Provisional |
|---|---|---|---|---|---|---|
| Virginia Cox-Daugherty | 183 | 58.28% | 183 | 0 | 0 | 0 |
| Deonko Brewer | 66 | 21.02% | 66 | 0 | 0 | 0 |
| Lenton Credelle Brown | 65 | 20.70% | 65 | 0 | 0 | 0 |

**We have an eyewitness/minister who stated during the snow storm that occurred prior to the election she saw a vehicle parked near the largest polling precinct in Kinston, Martin C. Freeman.**
**She entered to try to vote and was turned back by a large white woman and a white man. The polls were closed and the building should have been locked up; instead it was wide open. These were not staff associated with the Board of Elections or Parks and Recreation. Her testimony will be submitted to the Court in a confidential manner.**

Also, during the March 3, 2020 primary, there were power outages lasting between 20 minutes to 1 hour depending on the precinct in Lenoir County. Despite the power outage the voters continued voting. The power company was called and they had no records of the power being shut off to any of the voting precincts in Lenoir County.

There are other irregularities that would lead one to the inescapable conclusion that the voting booths were tampered with in an effort to insure that Virginia Cox-Daugherty won the race.

Virginia Cox-Daugherty received the maximum contribution in the amount of $5400 from a billionaire who has offices in Salisbury, North Carolina.

Virginia Cox-Daugherty like Erica D. Smith may have allegedly received support from supporters of Chris Humphrey who thought that she was the weakest of the three candidates in the primary. Virginia Cox-Daugherty is expected allegedly to become the subject of Federal Criminal Prosecution; shortly, which would guarantee Chris Humphrey's re-election in November.

Virginia Cox-Daugherty is said to have resigned from the Board of Elections on December 20, 2019; yet, her Watch Party was held at the Board of Elections.

The evidence in this case points to a conspiracy to rig the election to get Virginia Cox-Daugherty elected with the ultimate goal to help Chris Stephen Humphrey win re-election which is not unlike all of the hundreds of thousands of dpllars that Erica Smith received from Republican leaning packs except that they didn't rig the vote.

6. This Motion is made for good cause and not for the purpose of undue delay.

7. Plaintiff was unable to reach Defendant's counsel for comment.

8.. A proposed order is attached.

9. The period of time for filing the motion has not expired.

WHEREFORE, Plaintiff, respectfully requests the motion be granted.
Respectfully submitted, this the 10th day of April, 2020.

_____
Lenton Credelle Brown

Post Office Box 248

Winterville, North Carolina 28590

Telephone: 1 (252) 208-8150

Email: americanrealtyinvestments1@gmail.com

Plaintiff