UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

4:20-CV-62-FL

LENTON CREDELLE BROWN,

    Plaintiff,

**EMERGENCY MOTION TO PERMANENTLY STOP CERTIFICATION OF ELECTION RESULTS IN U.S. HOUSE OF REPRESENTATIVES-DISTRICT 12**

NORTH CAROLINA STATE BOARD OF ELECTIONS
LENOIR COUNTY BOARD OF ELECTIONS
AMANDA EUBANKS
DAQUAN

ORDER

The Court, having considered Plaintiff's Lenton Credelle Brown's EMERGENCY MOTION TO PERMANENTLY STOP CERTIFICATION OF ELECTION RESULTS IN U.S. HOUSE OF REPRESENTATIVES-DISTRICT 12. It appearing to the Court that the Motion is supported by good cause, it is therefore ORDERED..

This _____ day of _____, 2020.

_____ Clerk of Court