IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:20-CV-62-FL

| | |
|---|---|
| LENTON CREDELLE BROWN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LENOIR COUNTY BOARD OF ) <br> ELECTIONS; NORTH CAROLINA ) <br> STATE BOARD OF ELECTIONS; ) <br> AMANDA EUBANKS; and DAQUAN ) <br> (Last Name Unspecified), ) <br> ) <br> Defendants. ) | ORDER |

This matter is before the court for review of plaintiff's pro se complaint (DE 5) pursuant to 28 U.S.C. § 1915(e). United States Magistrate Judge Kimberly A. Swank entered memorandum and recommendation ("M&R"), pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b), wherein it is recommended that plaintiff's complaint be dismissed. (DE 4). Plaintiff did not file objections to the M&R, and the time within which to make any objection has expired. In this posture, the issues raised are ripe for ruling.

Upon a careful review of the M&R, the court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Because no objections have been filed, the court reviews the magistrate judge's findings and conclusions only for clear error, and need not give any explanation for adopting the M&R. Diamond v. Colonial Life & Acc. Ins. Co., 416 F.3d 310, 315 (4th Cir. 2005); Camby v. Davis, 718 F.2d 198, 200 (4th Cir. 1983).

1

Here, the magistrate judge recommends dismissal of plaintiff's claims under 42 U.S.C. §§ 1981 and 1983 for failure to allege facts stating a claim for relief. Upon careful review of the M&R, the court finds the magistrate judge's analysis to be thorough, and there is no clear error. The court hereby ADOPTS the recommendation of the magistrate judge as its own. For the reasons stated therein, plaintiff's complaint is DISMISSED WITHOUT PREJUDICE. The clerk of court is DIRECTED to close the case.

SO ORDERED, this the 26th day of April, 2021.

/s/ Louise V. Flanagan
LOUISE W. FLANAGAN
United States District Judge