UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

LENTON CREDELLE BROWN )
        Plaintiff, )
         )
v. ) **JUDGMENT**
         ) 4:20-CV-62-FL
LENOIR COUNTY BOARD OF )
ELECTIONS, NORTH CAROLINA STATE)
BOARD OF ELECTIONS, and )
AMANDA EUBANKS )
        Defendants. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the Memorandum and Recommendations of the United States Magistrate Judge, to which no objections were filed.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered April 26, 2021, and for the reasons set forth more specifically therein, that this action is DISMISSED WITHOUT PREJUDICE.

**This Judgment Filed and Entered on April 26, 2021, and Copies To:**
Lenton Credelle Brown (via U.S. Mail) P O Box 248, Winterville, NC 28590


April 26, 2021                    PETER A. MOORE, JR., CLERK

                                     /s/ Sandra K. Collins
                                  (By) Sandra K. Collins, Deputy Clerk